FILED
CLERK, U.S. DISTRICT COURT

JUL 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MONICA HUJAZI,                    )    NO. CV 11-1555-ODW(E)
                                  )
                Petitioner,       )
                                  )
        v.                        )    JUDGMENT
                                  )
SUPERIOR COURT OF CALIFORNIA,     )
COUNTY OF LOS ANGELES,            )
                                  )
                Respondent.       )
_____ )

        Pursuant to the Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


        DATED:    _____, 2012.



                        _____
                              OTIS D. WRIGHT II
                        UNITED STATES DISTRICT JUDGE